No. 8. EX PARTE IGLESIAS.—Application for the writ of *habeas corpus*. Decided April 20, 1903. The application was denied. *Mr. Juan R. Ramos*, for appellant. *Mr. del Toro, (Fiscal)*, for the People.

No. 2. PAGÁN *v.* DISTRICT COURT OF SAN JUAN.—Application for writ of *Mandamus*. Decided April 22, 1903. Withdrawn at the request of plaintiff. *Mr. Falcón* for plaintiff.

No. 33. MACALLISTER *v.* JAVIERRI.—Appeal in cassation from the District Court of Mayagüez. Decided April 30, 1903. Withdrawn at the instance of the party appellant. *Mr. Fernando Vázquez*, for appellant.

No. 1. GRANJA *v.* BANCO TERRITORIAL Y AGRÍCOLA ET AL.—Appeal from the District Court of San Juan. Decided May 7, 1903. All the proceedings had in the Supreme Court were declared null and void because notice of the judgment of the lower court had not been served upon all the defendants, nor had they been summoned to appear before the Supreme Court. *Mr. Texidor*, for appellant. *Mr. Juan Guzmán Benítez*, for respondent

No. 3. IGLESIAS *v.* DISTRICT COURT OF ARECIBO.—Application for writ of *Mandamus*. Decided May 8, 1903. The application was denied. *Mr. Ramos*, for plaintiff.

No. 24. MARTÍNEZ *v.* SUCCESSION LASSÚS.—Appeal from the District Court of Mayagüez. Decided May 8, 1903.